UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HILL,

    Plaintiff,

Case No. 1:25-cv-860

v.

Hon. Hala Y. Jarbou

UNIVERSAL PROTECTION SERVICE,

    Defendant.
_____/

### ORDER

On September 12, 2025, the magistrate judge issued a report and recommendation (R&R) that this case be dismissed for want of prosecution after plaintiff William Hill failed to submit an address at which Defendant could be served with the complaint (R&R, ECF No. 7). Hill, who is proceeding pro se, timely objected to the R&R on the ground that his health prevented him from providing the service address. (ECF No. 8.) In the alternative, Hill asks that his case be dismissed without prejudice so that he can refile when he has secured the services of an attorney. Because ninety days have elapsed since Hill filed his complaint and service on Defendant has not been effectuated, the Court is obliged to dismiss the action. Fed. R. Civ. P. 4(m). As provided in Rule 4(m), however, such a dismissal is without prejudice. So Hill may refile his complaint once he is prepared to prosecute his claims.

Accordingly,

**IT IS ORDERED** that Plaintiff's objections to the R&R (ECF No. 8) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment consistent with this Order shall issue.

Dated: November 19, 2025        /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE